UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Kevin McNulty |
| v. | : | Crim. No. 15-178 (KM) |
| ANDREINA BECERRA<br>ROSARIO LA MARCA<br>JIANHUA LI<br>ROBERTO VOLPE | :<br><br>: | <br><br>O R D E R |

This matter having been opened to the Court on the joint application of Sarah Chang, Senior Counsel, Computer Crimes and Intellectual Property Section, Department of Justice, Paul J. Fishman, United States Attorney for the District of New Jersey (Leslie F. Schwartz, Assistant U.S. Attorney, appearing), and defendants Andreina Becerra and Roberto Volpe (Frank A. Rubino, Esq., appearing), Rosario La Marca (Scott D. Finckenauer, Esq., appearing), and Jianhua Li (G. Victoria Calle, Esq., appearing), and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the international nature of the prosecution and the extent of the discovery, which includes significant bank records, and in excess of 100,000 emails, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2. Failure to grant a continuance would deny counsel for defendant and the government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

3. The ends of justice served by a continuance in this matter until December 20, 2016 outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 13th day of September 2016, ORDERED that this matter is scheduled for a status conference on Tuesday, December 20, 2016, at 11:00 a.m.

IT IS FURTHER ORDERED that this matter is continued until December 20, 2016, and that the period of time from September 9, 2016 through December 20, 2016 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. " 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).

_____
HON. KEVIN MCNULTY
United States District Judge

Consented to as to form and substance:

_____
Sarah Chang
U.S. Department of Justice

_____
Leslie Schwartz
Assistant United States Attorney
District of New Jersey

_____
Frank A Rubino, Esq.
Attorney for Defendants Andreina Becerra and Roberto Volpe

_____
G. Victoria Calle, Esq.
Attorney for Defendant Jianhua Li

2. Failure to grant a continuance would deny counsel for defendant and the government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

3. The ends of justice served by a continuance in this matter until December 20, 2016 outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this _____ day of September 2016, ORDERED that this matter is scheduled for a status conference on Tuesday, December 20, 2016, at 11:00 a.m.

IT IS FURTHER ORDERED that this matter is continued until December 20, 2016, and that the period of time from September 9, 2016 through December 20, 2016 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. '' 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. KEVIN MCNULTY
　　　　　　　　　　　　　　　　　　United States District Judge

Consented to as to form and substance:

_____
Sarah Chang
U.S. Department of Justice

_____
Leslie Schwartz
Assistant United States Attorney
District of New Jersey

3. The ends of justice served by a continuance in this matter until December 20, 2016 outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this _____ day of September 2016, ORDERED that this matter is scheduled for a status conference on Tuesday, December 20, 2016, at 11:00 a.m.

IT IS FURTHER ORDERED that this matter is continued until December 20, 2016, and that the period of time from September 9, 2016 through December 20, 2016 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).

_____
HON. KEVIN MCNULTY
United States District Judge

Consented to as to form and substance:

_____
Sarah Chang
U.S. Department of Justice

_____
Leslie Schwartz
Assistant United States Attorney
District of New Jersey

_____
Frank A Rubino, Esq.
Attorney for Defendants Andreina Becerra and Roberto Volpe

_____
G. Victoria Calle, Esq.
Attorney for Defendant Jianhua Li

_____
Scott Finckenauer, Esq.
Attorney for Defendant Rosario La Marca